UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN P. MERRILL, </br></br>  Plaintiff, </br></br>  v. </br></br> THE UNITED STATES OF AMERICA, </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. </br> ) 03-12652-RCL </br> ) </br> ) </br> ) </br> ) |

## ANSWER

### Nature of the Action

1. The allegations set forth in Paragraph 1 constitute the Plaintiff's jurisdictional allegations to which no response is required. To the extent a response may be deemed necessary, these allegations are denied.

### JURISDICTION AND VENUE

2. The allegations set forth in Paragraph 2 of the Complaint are Plaintiff's jurisdictional and venue allegations to which no response is required. To the extent a response may be deemed necessary, these allegations are denied.

### Factual Allegations

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, and on that basis denies said allegations.

1

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint, and on that basis denies said allegations.

5. The defendant admits the allegations contained in Paragraph 5 of the Complaint.

6. The defendant admits the allegations contained in Paragraph 6 of the Complaint.

7. The defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. The defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. The defendant admits the allegations contained in Paragraph 9 of the Complaint.

10. The defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint, and on that basis denies said allegations.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint, and on that basis denies said allegations.

13. Defendant denies the allegations contained in Paragraph 13 of Complaint.

14. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint, and on that basis denies said allegations.

15. The defendant denies the allegations contained in the first sentence of Paragraph 15 of the Complaint.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint, and on that basis denies said allegations.

16. The defendant admits the allegations contained in Paragraph 16 of the Complaint.

17. The defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. The defendant admits the allegations contained in Paragraph 18 of the Complaint.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint, and on that basis denies said allegations.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint, and on that

basis denies said allegations.

21. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint, and on that basis denies said allegations.

22. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint, and on that basis denies said allegations.

23. The defendant denies the allegations contained in Paragraph 23 of the Complaint.

24. The defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint, and on that basis denies said allegations.

26. The defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. The statements contained in this Paragraph constitute legal conclusions to which no answer is required. To the extent that a response is required, the defendant denies the allegations contained in this Paragraph of the Complaint.

28. The statements contained in this Paragraph constitute legal

      conclusions to which no answer is required.  To the extent that a response is required, the defendant denies the allegations contained in this Paragraph of the Complaint.

29. The statements contained in this Paragraph constitute legal conclusions to which no answer is required.  To the extent that a response is required, the defendant denies the allegations contained in this Paragraph of the Complaint.

30. The defendant admits the allegations contained in Paragraph 30 of the Complaint.

31. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint, and on that basis denies said allegations.

32. The defendant denies the allegations contained in Paragraph 32 of the Complaint.

### COUNT I
#### (Violation of Common Law Obligations Relating to Informed Consent)

33. The defendant incorporates herein by reference his response to paragraphs 1-32 above, as though fully set forth herein.

34. The defendant denies the allegations contained in Paragraph 34 of the Complaint.

35. The defendant denies the allegations contained in Paragraph 35 of the Complaint.

## COUNT II
### (Violation of Privacy)

36. The defendant incorporates herein by reference his response to paragraphs 1-35 above, as though fully set forth herein.

37. The defendant denies the allegations contained in Paragraph 37 of the Complaint.

38. The defendant denies the allegations contained in Paragraph 38 of the Complaint.

## COUNT III
### (Negligence)

39. The defendant incorporates herein by reference his response to paragraphs 1-38 above, as though fully set forth herein.

40. The defendant denies the allegations set forth in Paragraph 40 of the Complaint.

41. The defendant denies the allegations contained in Paragraph 41 of the Complaint.

## COUNT IV
### (Negligent Infliction of Emotional Distress)

42. The defendant incorporates herein by reference his response to paragraphs 1-41 above, as though fully set forth herein.

43. The defendant denies the allegations contained in Paragraph 43 of the Complaint.

44. The defendant denies the allegations contained in Paragraph 44 of the Complaint.

**PRAYER FOR RELIEF**

The remaining paragraphs consist of the plaintiff's prayer for relief, to which no response is necessary. To the extent that a response may be deemed to be necessary, the defendant denies that the plaintiff is entitled to the relief sought or to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

And now having fully answered, the defendant sets forth the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's negligence contributed to her injuries, and accordingly, the plaintiff's recovery should be diminished by a percentage equal to the percentage of her negligence.

**SECOND AFFIRMATIVE DEFENSE**

To the extent the plaintiff's request for relief is interpreted as a request for punitive damages, the plaintiff is not entitled to punitive damages or prejudgement interest pursuant to 28 U.S.C. §2674.

**THIRD AFFIRMATIVE DEFENSE**

To the extent the plaintiff's request for relief is interpreted as a request for attorney's fees, the plaintiff is not entitled to attorney's fees, pursuant to 28 U.S.C. §2412(d).

**FOURTH AFFIRMATIVE DEFENSE**

The plaintiff is not entitled to a jury trial. 28 U.S.C.

§2402.

## FIFTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to emotional distress damages pursuant to 28 U.S.C. § 2680(h).

                              UNITED STATES OF AMERICA,

                              By its attorneys,

                              MICHAEL J. SULLIVAN,
                              United States Attorney

By: /s/ Rayford A. Farquhar
                              RAYFORD A. FARQUHAR
                              Assistant U.S. Attorney
                              1 Courthouse Way Suite 9200
                              Boston, MA 02210
                              (617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                          Boston, Massachusetts
                                          March 1, 2004

      I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing Answer upon plaintiff's counsel, James F. Ring, Esq., Chu, Ring & Hazel, LLP., 49 Melcher Street, Boston, MA 02210 by First Class mail.

                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney