# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12652-RCL

ELLEN MERRILL
Plaintiff

v.

UNITED STATES
Defendant

## NOTICE OF RESCHEDULING

LINDSAY, D.J.

TAKE NOTICE that the Scheduling Conference set in the above-entitled case has been rescheduled from **April 20, 2004** at **2:30PM** to **April 21, 2004**, at **2:30PM** , in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

April 7, 2004

To: All Counsel