UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELLEN P. MERRILL, )
)
    Plaintiff, )
)
    v. )  Civil Action No.
)  03-12652-RCL
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

### JOINT RULE 16.1 STATEMENT

The parties in this action submit the following Joint Statement pursuant to Local Rule 16.1 and the Court's Order of March 8, 2004:

1. **Proposed Discovery Plan**:

    a. Automatic disclosure statements and discovery shall be served on or before April 20, 2004, pursuant to the Court's Scheduling Order;

    b. All interrogatories and request for product ion of documents shall be served by October 29, 2004;

    c. Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by June 30, 2004;

    d. All depositions shall be completed by January 28, 2005; and

    e. A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2.  **Number of Depositions**

    a.  The plaintiff intends to take written discovery and is unable to identify with certainly particular deponents at this juncture.

    b.  Defendant intends to depose plaintiff and any witnesses she identifies as to her damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

    Since no discovery has yet occurred, the parties cannot identify possible deponents with greater specificity at this time.

2.  **Consent to Trial By Magistrate**

    a.  The plaintiff does not consent to a trial by magistrate in this case.

    b.  The defendant does not consent to a trial by magistrate in this case.

3.  **Proposed Schedule for Motions**

    a.  All dispositive motions are to be filed by April 8, 2005.

4.  **Designation of Experts**

    a.  Expert witnesses shall be identified by the plaintiff on or before August 30, 2004.

    b.  If necessary, the defendant shall have until September 30, 2004 in which to obtain an expert.

c.  If necessary, expert interrogatories shall be served within one month following the opposing party's disclosure of expert witnesses.

5. **Final PreTrial Conference**

a.  The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

Respectfully submitted,

| ELLEN P. MERRILL, | UNITED STATES OF AMERICA, |
|---|---|
| | By its Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| *James F. Ring (R.A.F.)*<br>James F. Ring, Esq.<br>Chu, Ring & Hazel, LLP.<br>49 Melcher Street<br>Boston, MA 02210<br>(617) 443-9800 x 225 | *Rayford A. Farquhar*<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

**CERTIFICATE OF SERVICE**

Suffolk,   ss.                              Boston, Massachusetts
                                            April 13, 2004

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing Answer upon plaintiff's counsel, James F. Ring, Esq., Chu, Ring & Hazel, LLP., 49 Melcher Street, Boston, MA 02210 by First Class mail.

*Rayford A. Farquhar*
Rayford A. Farquhar
Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on April 6, 2004, I received confirmation from Attorney James F. Ring that he agreed with this 16.1 Joint Statement and that he assented to me filing the same.

*[signature]*

Rayford A. Farquhar
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELLEN P. MERRILL,  )
  )
    Plaintiff,  )
  )
    v.  )  Civil Action No.
  )  03-12652-RCL
UNITED STATES OF AMERICA,  )
  )
    Defendant.  )
  )

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Defendant, United States of America, and its counsel certify, pursuant to Local Rule 16.1(D)(3), that they have conferred on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED STATES OF AMERICA,

By its Attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ William A. Alford
_____
Captain William Alford, Esq.
Attorney
United States Army

/s/ Rayford A. Farquhar
_____
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3284

1