UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN P. MERRILL )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br>)<br>Defendant )<br>) | Civil Action No.<br>03-12652-RCL |

**PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)**

Plaintiff, Ellen P. Merrill, and her counsel hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred with respect to establishing a budget for conducting the full course – and various alternative courses – of the litigation, and have conferred with respect to the possibility of seeking to resolve the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,                                  Respectfully submitted

_____                                  _____
Ellen P. Merrill                                         James F. Ring (#542569)
(Plaintiff in the above-                                 CHU, RING & HAZEL LLP
captioned action)                                        49 Melcher Street
                                                         Boston, MA 02210
                                                         (617) 443-9800 ext 225

*Certificate of Service*

I hereby certify that on this 14*th* day of April, 2004, I served the foregoing Certification by causing a copy thereof to be delivered by hand to all counsel of record.

_____
James F. Ring