UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN P. MERRILL,        ) | |
| ) | |
|     Plaintiff,        ) | |
| ) | Civil Action No.: |
|     v.        ) | 03-12652-RCL |
| ) | |
| UNITED STATES OF AMERICA,        ) | |
| ) | |
|     Defendant.        ) | |
| ) | |
| ) | |

**JOINT MOTION FOR A REFERENCE TO MEDIATION IN LATE JULY 2005
AND TO CONTINUE DISCOVERY IN THE INTERIM**

    The parties in this action submit the following Joint Motion and request a Reference to Mediation for some time in late July 2005. The parties are also seeking to continue with discovery in the interim. As grounds for this Motion the parties state as follows:

    1. This case involves complex medical and other issues involving the effects of modified egg protein and antioxidant supplementation on muscle soreness and strength after eccentric exercise;

    2. Counsel for the parties have worked diligently to exchange information and to discuss the various parameters of the experimentation that was conducted by the United States Army;

    3. At this juncture in the case the parties anticipate needing more time to manage discovery and to schedule depositions;

    4. Many of the witnesses in this case are medical or other

      professionals and require considerable coordination for scheduling their depositions; and

5. Counsel for the parties are of the belief that further discovery, prior to attending mediation, will result in a greater likelihood of success at mediation.

WHEREFORE, the parties respectfully move this Court for a Reference to Mediation in late July 2005, and to allow the parties to continue with discovery in the interim.

Respectfully submitted,

| ELLEN P. MERRILL, | UNITED STATES OF AMERICA, |
|---|---|
| | By its Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/James F. Ring<br>(by RAF w/permission 04/01/05)<br>James F. Ring, Esq.<br>Chu, Ring & Hazel, LLP.<br>49 Melcher Street<br>Boston, MA 02210<br>(617) 443-9800 x 225 | /s/Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02465<br>(617) 748-3284 |

**LOCAL RULE 7.1 CERTIFICATION**

    I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on April 1, 2005, I spoke with Attorney James F. Ring that he agreed with this Joint Motion and assented to me signing his name.

                                   /s/Rayford A. Farquhar
                                   Rayford A. Farquhar
                                   Assistant U.S. Attorney