**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_Merrill_ _____

**Plaintiff(s)**

**v.**

_U.S.A_ _____

**Defendant(s)**

**CIVIL ACTION**

**NO.** _03 - 12652_ _____

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR  Program_____ for the following ADR program:

| | |
|---|---|
| _____ EARLY NEUTRAL EVALUATION | __✓__ MEDIATION |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | _____ SPECIAL MASTER |
| _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_4/14/05_ _____
**DATE**

_Reginald C. Lindsay_ _____
**UNITED STATES DISTRICT JUDGE**
_signed by Deputy Clerk - Do. Stanlope_

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| **Admiralty** | _____ | **Antitrust** | _____ |
| **Civil Rights** | _____ | **Contract** | __✓__ |
| **Copyright/Trademark/Patent** | _____ | **Environmental** | _____ |
| **ERISA** | _____ | **FELA** | _____ |
| **Labor Relations** | _____ | **Medical Malpractice** | _____ |
| **Personal Injury** | _____ | **Product Liability** | _____ |
| **Shareholder Dispute** | _____ | | |
| **Other** | _____ | | |

(adrrefl.ord - 4/29/94)

[orefadr.]