UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN P. MERRILL, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>)<br>)| Civil Action No.:<br>03-12652-RCL |

**JOINT MOTION TO CONTINUE MEDIATION**
**TO SEPTEMBER 14, 2005 AT 10:00 A.M.**

The parties in this action submit the following Joint Motion to Continue Mediation to September 14, 2005 at 10:00 a.m. As grounds for this Motion the parties state as follows:

1. This case involves complex medical issues involving the effects of eccentric exercise;

2. Counsel for the parties have conducted some discovery but still differ in reaching a consensus on some complex factual issues;

3. Counsel for the parties plan to meet tomorrow to exchange and discuss further information;

4. Counsel for the parties have and do share an excellent working relationship and believe that they can independently narrow the medical issues to facilitate a more productive mediation; and

5. Ultimately, the parties believe that this continuance is in the best interest of the case and in working to reach a position so that the case can be settled prior

to or at mediation.

Respectfully submitted,

| | |
|---|---|
| ELLEN P. MERRILL, | UNITED STATES OF AMERICA, |
| | By its Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/James F. Ring (RAF)<br>James F. Ring, Esq.<br>Chu, Ring & Hazel, LLP.<br>49 Melcher Street<br>Boston, MA 02210<br>(617) 443-9800 x 225 | /s/Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02465<br>(617) 748-3284 |

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on August 3, 2005, I spoke with Attorney James F. Ring that he agreed with this Joint Motion and assented to me signing his name.

/s/Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney