UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN P. MERRILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 03-12652-RCL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**JOINT MOTION TO CONTINUE MEDIATION
TO OCTOBER 11, 2005 AT 10:00 A.M.**

The parties in this action submit the following Joint Motion to Continue Mediation to October 11, 2005 at 10:00 a.m.  As grounds for this Motion the parties state as follows:

1.    Counsel for the defendant is currently scheduled to commence a trial in <u>Martineau v. U.S.A.</u>, C.A. No. 01-40026-CBS on Monday September 12, 2005;

2.    The trial is expected to last at least five days and will be in Worcester; and

3.    Counsel for both parties in this case have recently met to discuss various medical issues in this case, and intend to speak frequently prior to the mediation to narrow the issues for mediation.

1

Respectfully submitted,

ELLEN P. MERRILL,                         UNITED STATES OF AMERICA,

                                          By its Attorneys,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney


/s/Rayford A. Farquhar                    /s/Rayford A. Farquhar
James F. Ring, Esq.                       Rayford A. Farquhar
Chu, Ring & Hazel, LLP.                   Assistant U.S. Attorney
49 Melcher Street                         1 Courthouse Way, Suite 9200
Boston, MA 02210                          Boston, MA 02465
(617) 443-9800 x225                       (617) 748-3284

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on August 31, 2005, I spoke with Attorney James F. Ring that he agreed with this Joint Motion and assented to me signing his name.


                                          /s/Rayford A. Farquhar
                                          Rayford A. Farquhar
                                          Assistant U.S. Attorney

Dated: September 1, 2005