**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>ELLEN MERRILL</u>
    Plaintiff(s)

v.

CIVIL ACTION NO. <u>03-12652-RCL</u>

<u>THE UNITED STATES OF AMERICA</u>
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO JUDGE LINDSAY</u>

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On <u>October 11, 2005,</u> I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]   Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

<u>October 11, 2005</u>            <u>/s/ Marianne B. Bowler</u>
DATE                                ADR Provider
                                       <u>MARIANNE B. BOWLER ,U.S.M.J.</u>

(ADRreport.wpd - 4/12/2000)                                                                                       [adrrpt.]