UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELLEN P. MERRILL,

    Plaintiff,   )
                  )
    v.                           Civil Action No
                              03-12652-RCL
UNITED STATES OF AMERICA,

    Defendant.
_____)

## STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest

Respectfully submitted,

For the Plaintiff,                                For the Defendant,

                                                  By its attorney

                                                  MICHAEL J. SULLIVAN,
                                                  United States Attorney

JAMES F. RING, ESQ.                               RAYFORD A. FARQUHAR
Chu, Ring & Hazel, LLP.                           Assistant U.S. Attorney
49 Melcher Street                                 1 Courthouse, Suite 9200
Boston, MA 02210                                  Boston, MA 02210
(617) 443-9800                                    (617) 748-3284

Dated: //-3-05